**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Elayne Perez<br>aka Elayne G. Perez<br>John Perez<br>aka Millet Juan Perez<br>aka Millet J. Perez<br><br>Debtors | CHAPTER 7<br><br>BKY. NO. 19-10315 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                             Respectfully submitted,
                                             **/s/ Rebecca A. Solarz, Esq**
                                             Rebecca A Solarz, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322