**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| John Perez | : |
| Elayne Perez | : |
|     Debtor | : Bankruptcy No. 19-10315 JKF |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that notice of the bankruptcy filing was sent on February 8, 2019 to supplemental creditor, Cigna Disability Management, at the following address:

> Cigna - Disability Management
> PO Box 709015
> Dallas, TX 75370

    \s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**