Certificate Number: 14424-PAE-DE-032294902

Bankruptcy Case Number: 19-10315



14424-PAE-DE-032294902

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 14, 2019, at 12:58 o'clock PM EST, Millet J Perez completed a course on personal financial management given by internet by Financial Education Services, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 14, 2019                By:   /s/Mabelyn  Ramirez

                                         Name: Mabelyn  Ramirez

                                         Title: Instructor