Certificate Number: 14424-PAE-DE-032294903

Bankruptcy Case Number: 19-10315



14424-PAE-DE-032294903

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 14, 2019, at 12:58 o'clock PM EST, Elayne Perez completed a course on personal financial management given by internet by Financial Education Services, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 14, 2019             By:    /s/Mabelyn Ramirez

                                      Name:  Mabelyn Ramirez

                                      Title: Instructor