United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10315-jkf
John Perez                                                            Chapter 7
Elayne Perez
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1            Date Rcvd: May 29, 2019
                             Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db/jdb         +John Perez,    Elayne Perez,    1390 Argyle Way,    Bensalem, PA 19020-3809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
      MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Elayne  Perez msbankruptcy@verizon.net,
       schwartzmr87357@notify.bestcase.com
      MICHAEL SETH SCHWARTZ    on behalf of Debtor John  Perez msbankruptcy@verizon.net,
       schwartzmr87357@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
      ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
       rholber@ecf.axosfs.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                    TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

John Perez and Elayne Perez  : Case No. 19–10315–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , May 29, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

18
Form 195